UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| US COMMODITY FUTURES TRADING COMMISSION, *et al.*, | § § § § § | |
| *Plaintiffs*, | § | |
| v. | § § | CIVIL ACTION H-09-1540 |
| PRIVATEFX GLOBAL ONE LTD., S.A., *et al.*, | § § § | |
| *Defendants*. | § | |

## CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between plaintiffs and defendants, the Court dismisses this case without prejudice to reinstatement of plaintiffs' claims if any party represents to the Court within ninety days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction to address administrative issues relating to the receivership estate and over any settlement agreements.

Signed at Houston, Texas on March 25, 2013.

_____
Gray H. Miller
United States District Judge